## Commonwealth *v.* Jackson, Appellant.

Submitted September 9, 1968. *Philip Price, Jr.,* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Kenneth R. Dixon* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.